# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154888(154)(156)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                            SC: 154888
                                            COA: 321355

JAMAL IBAN WILLIAMS,
       Defendant-Appellant.

                                            Macomb CC: 2013-003660-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's October 3, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.  The motion for remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2018



a1227

                                        Clerk